
U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
NOV 30 2015
AT_____ O'CLOCK
Lawrence K. Baerman, Clerk - Binghamton

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

BIO-LAB, INC.,

    Plaintiff,

v.

BENJAMIN TUCKER, individually, and TUCKER BACKYARD POOLS & SPAS, INC.,

    Defendants.

Civil Action No. 6:15-CV-1050

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Bio-Lab, Inc. and Defendants Benjamin Tucker, individually, and Tucker Backyard Pools & Spas, Inc., by and through the signatures of their respective counsel, hereby file this *Joint Stipulation of Dismissal with Prejudice*. No party hereto is an infant or incompetent.

Respectfully submitted, this 30th day of November, 2015.

HINCKLEY, ALLEN & SNYDER LLP

/s/ *Christopher V. Fenlon*
Christopher V. Fenlon (516392)
30 South Pearl Street, Suite 901
Albany, New York 12207
P: 518.396.3100
F: 518.396.3101
E: cfenlon@hinckleyallen.com

*Attorneys for Plaintiff Bio-Lab, Inc.*

SO ORDERED.
Dated: Nov. 30, 2015

KNULL, P.C.

/s/ *Charles H. Knull*
Charles H. Knull, NDNY Bar No. 507459
Kate E. Rieber, NDNY Bar No. 519337
25 Railroad Avenue
Cooperstown, New York 13326
Tel (646) 233-1376
Fax (646) 355-0231
Email: chk@knullpc.com

*Attorneys for Defendants*

Hon. Thomas J. McAvoy, SUSDJ